Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
915 North Citrus Avenue
Hollywood, California 90038
Telephone: (323) 464-7400
Facsimile: (323) 464-7410

*Attorneys for Plaintiff/Cross-Defendants*
*Paul Herrera and Hit Man Fighting, Inc.*

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN - 4 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| PAUL HERRERA, an individual,<br><br>　　　　　　　Plaintiff,<br>vs.<br>HITMAN FIGHT GEAR, LLC, a California Limited Liability Company; DANIEL DIAZ, an individual; GRAPHIC INK, CORP., a California Corporation; VINNIE DE LA TORRE, an individual; FIGHT INDUSTRIES, LLC, a California Limited Liability Company; DAN CALDWELL, an individual; TAPOUT LLC, a California Limited Liability Company; CHARLES LEWIS, an individual; and DOES 3-10, inclusive,<br><br>　　　　　　　Defendants.<br>------------------------------------------------<br>AND RELATED COUNTERCLAIM | CASE NO. SA CV 08-0709 AG (VBKx)<br><br>[~~PROPOSED~~] **ORDER RE DISMISSAL OF ACTION** |

1

1    Based upon the Parties' representations that a settlement has been reached as to
2 each of their respective claims, and the Stipulation to Dismissal filed therewith,

3    IT IS HEREBY ORDERED that the entire action, including all counterclaims
4 and cross-claims, is hereby dismissed with prejudice. Each party shall bear their own
5 attorneys' fees and costs associated with this action.

6    IT IS SO ORDERED.

8 Dated: JANUARY 4, 2010

Hon. Andrew J. Guilford
**United States District Judge**